| Attorney or Party without Attorney:<br>Rachele R. Byrd, Esq.<br>Wolf Haldenstein Adler Freeman & Herz LLP<br>750 B Street, Suite 1820<br>San Diego, CA 92101<br>Telephone No: (619) 239-4599<br><br>Attorney For: Plaintiff | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.:<br>O'Conner v Aflac | |
| Insert name of Court, and Judicial District and Branch Court:<br>In The United States District Court For The Middle District Of Georgia - Columbus Division | | |
| Plaintiff: JOHN O'CONNOR, individually, et al.<br>Defendant: AFLAC INCORPORATED | | |
| **PROOF OF SERVICE** | Hearing Date:   Time:   Dept/Div: | Case Number:<br>4:25-cv-00189-CDL |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Civil Case Cover Sheet

3. a. Party served:    AFLAC INCORPORATED
   b. Person served:   Adam Atkinson, Esq., authorized to accept service under F.R.C.P. Rule 4 (Caucasian, Male, 40's, Brown Hair, 5'10", 350 Pounds, Glasses)

4. Address where the party was served:   1932 Wynnton Road, Columbus, GA 31999

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Jun 26 2025 (2) at: 09:55 AM

6. **Person Who Served Papers:**
   a. Matthew Bolin
   b. FIRST LEGAL
      530 B Street, Suite 1050
      SAN DIEGO, CA 92101
   c. (619) 231-9111

   d. *The Fee* for Service was:   $255.90

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____7/10/25_____           _____(signature)_____
         (Date)                          (Matthew Bolin)



PROOF OF SERVICE

13591624
(15210038)