IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| In re Aflac Inc. Data Breach Litigation | No. 4:25-CV-00183 |
|---|---|

## ORDER GRANTING
## JOINT MOTION TO EXTEND DEADLINES

Before the Court is the Joint Motion to Extend Deadlines filed by Plaintiffs and Defendant Aflac Incorporated. For the reasons set forth therein and for good cause shown, the Court hereby **GRANTS** the Motion and **ORDERS** as follows:

- Plaintiffs shall file a Consolidated Class Action Complaint ("CCAC") no later than Wednesday, January 14, 2026;

- Defendant shall answer, move, or otherwise respond to the operative CCAC no later Monday, March 16, 2026; and

- If Defendant files a motion directed to the CCAC, Plaintiffs' opposition is due no later than Wednesday, April 15, 2026 and Defendant's reply brief is due no later than Friday, May 15, 2026.

**SO ORDERED, this 11th day of December, 2025.**

S/Clay D. Land
**HON. CLAY D. LAND**
**UNITED STATES DISTRICT JUDGE**