**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

|  |  |
|---|---|
| **In re Aflac, Inc. Data Breach Litigation** | Case No. 4:25-CV-000183-CDL |

**ORDER GRANTING DEFENDANT'S MOTION TO FILE UNDER SEAL
CERTAIN EXHIBITS TO ITS MOTION TO DISMISS**

Upon review and consideration of Defendant's Motion to File Under Seal Certain Exhibits to its Motion to Dismiss, for the reasons set forth therein and for good cause shown,

IT IS HEREBY ORDERED that said motion is **GRANTED;** and it is

FURTHER ORDERED that Defendant shall file said Motion in CM/ECF such that it is restricted from public view. Additionally, Defendant shall contemporaneously file a redacted version of the same on the public docket.

**SO ORDERED, this 13th day of March, 2026.**

S/Clay D. Land

**CLAY D. LAND
UNITED STATES DISTRICT JUDGE**

1