**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | |
|---|---|
| **In re Aflac Inc. Data Breach Litigation** | Case No. 4:25-CV-00183-CDL |

**ORDER GRANTING PLAINTIFFS' UNOPPPOSED MOTION TO FILE UNDER
SEAL EXHIBITS A AND B TO PLAINTIFFS' RESPONSE IN OPPOSITION TO
AFLAC INCORPORATED'S MOTION TO DISMISS**

Upon review and consideration of Plaintiffs' Motion to File Under Seal Exhibits A and B to Plaintiffs' Response in Opposition to Aflac's Motion to Dismiss, for the reasons set forth therein and for good cause shown,

IT IS HEREBY ORDERED that said motion is GRANTED; and it is

FURTHER ORDERED that Defendant shall file Unredacted versions of Exhibits A and B to Plaintiffs' Response in Opposition to Aflac's Motion to Dismiss in CM/ECF such that it is restricted from public view. Redacted versions of Exhibits A and B have been filed by Plaintiffs on the public docket.

**SO ORDERED** this 28th day of April, 2026.

S/Clay D. Land
**CLAY D. LAND
UNITED STATES DISTRICT JUDGE**