IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

DAVID ANGEL SIFUENTES, III,          *

    Plaintiff,                       *

vs.                                  *

                             CASE NO. 4:26-CV-933-CDL

AFLAC INCORPORATED,                  *

    Defendant.                       *

                                   *

_____

O R D E R

This case appears to involve issues of law and fact similar to those in the consolidated action, 4:25-cv-183.  Pursuant to the consolidation order in that case, ECF No. 7, this action will be automatically consolidated with that action within 10 days of the filing of this action, unless Plaintiff objects.  Any objection should explain the basis for the objection with citation to relevant authority.  Clerk is directed to docket this order also in case 4:25-cv-183.

IT IS SO ORDERED, this 16th day of June, 2026.

S/Clay D. Land
_____
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA