**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | |
|---|---|
| **In re Aflac, Inc. Data Breach Litigation** | Case No. 4:25-CV-000183-CDL |

**ORDER GRANTING DEFENDANT'S MOTION TO FILE UNDER SEAL ITS MOTION TO COMPEL ARBITRATION, DECLARATION, AND EXHIBITS**

Upon review and consideration of Defendant's Motion to File Under Seal unredacted copies of its Motion to Compel Arbitration, Declaration, and Exhibits for the reasons set forth therein and for good cause shown,

IT IS HEREBY ORDERED that said motion is **GRANTED;** and it is

FURTHER ORDERED that Defendant shall file said Motion, Declaration and Exhibits in CM/ECF such that they are restricted from public view. Additionally, Defendant shall contemporaneously file redacted versions of the Motion and Declaration on the public docket.

**SO ORDERED, this September 1, 2026.**

**S/Clay D. Land**

**HON. CLAY D. LAND**
**UNITED STATES DISTRICT JUDGE**